UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIKOU YAYA-DIALLO,<br><br>                              Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden,<br><br>                              Respondent. | Case No.:  26-cv-2167-RSH-BLM<br><br>**ORDER GRANTING PETITION**<br>**FOR WRIT OF HABEAS CORPUS** |

On April 6, 2026, petitioner Saikou Yaya-Diallo filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner alleges that his detention without a bond hearing pending removal proceedings has become unduly prolonged. *Id.* at 2, 4.

On April 16, 2026, Respondents filed a return stating that they do not oppose the Court ordering a bond hearing at which the government bears the burden by clear and convincing evidence of establishing that Petitioner poses a flight risk or a danger to the community. ECF No. 4 at 1.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner before an immigration court within ***seven (7) days*** of this order, at which the government bears the burden of establishing by clear and convincing evidence

that Petitioner is a flight risk. The Court declines to order Petitioner's immediate release or to set conditions of bond, as the Petitioner has not established his entitlement to this relief.

**IT IS SO ORDERED**.

Dated: April 16, 2026

_____
Hon. Robert S. Huie
United States District Judge